JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMA LIZA MELCHOR,<br>           Petitioner,<br>    v.<br>DEBORAH K. JOHNSON, *Warden*,<br>           Respondent. | Case No. LA CV 16-8899 JVS (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: January 30, 2017

*[signature]*

HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE